THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Carolyn Songer Austin, Petitioner,
 v.
 Town of Hilton
 Head Island, South Carolina, W.J. Enterprises, Inc., H.D.S. Builders, LLC,
 Barb Loebig, and National Bank of Commerce, Defendants,
 W.J.
 Enterprises, Inc., H.D.S. Builders, LLC, Barb Loebig and National Bank of
 Commerce are the Respondents.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS
Appeal from Beaufort County
 Thomas Kemmerlin, Special Circuit Court
 Judge
Memorandum Opinion No. 2009-MO-042
Heard May 14, 2009  Filed July 27, 2009   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 M.
 Adam Gess, of McDaniel & Gess, of Beaufort, Mark Weston Hardee, of Hardee
 Law Firm, of Columbia, and Robert E. Austin, Jr., of Leesburg, Florida, for
 Petitioner.
 Drew
 A. Laughlin, of Laughlin & Bowen, of Hilton Head Island and Stephen Spitz,
 of Charleston, for Respondents
 
 
 

PER CURIAM:  We granted a writ of certiorari to review
 the Court of Appeals decision in Carolyn Songer Austin v. Town of Hilton
 Head Island, Op. No. 2007-UP-172 (S.C. Ct. App., filed April 17, 2007).  On
 certiorari, we were presented with alleged violations of restrictive covenants
 in (1) reducing a lot in size such that it has a frontage of less than 60 feet
 in length, without proper written consent and (2) building a structure closer
 than 10 feet to an adjacent street line.  After careful consideration, we now
 dismiss certiorari as improvidently granted.
DISMISSED.
TOAL, C.J.,
 WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.